IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Raymond D

Printed: 12/02/08

Case Number: 06 B 01293
Judge: Squires, John H
Filed: 2/14/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 22, 2008
Confirmed: May 3, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,900.00 |  |
| Secured: |  | 9,577.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,642.70 |
| Trustee Fee: |  | 679.77 |
| Other Funds: |  | 0.00 |
| Totals: | 12,900.00 | 12,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,450.20 | 2,450.20 |
| 2. | Robert J Semrad & Associates | Administrative | 192.50 | 192.50 |
| 3. | Lighthouse Financial Group | Secured | 16,819.64 | 3,516.98 |
| 4. | Drive Financial Services | Secured | 12,587.47 | 6,060.55 |
| 5. | Wow Internet | Unsecured | 324.74 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 465.29 | 0.00 |
| 7. | Pitney Bowes | Unsecured |  | No Claim Filed |
| 8. | Certified Services | Unsecured |  | No Claim Filed |
| 9. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 10. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 11. | AT&T | Unsecured |  | No Claim Filed |
| 12. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 13. | Riddle & Associates | Unsecured |  | No Claim Filed |
| 14. | Ricken Backer Collectors | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,839.84 | $ 12,220.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 31.43 |
| 5% | 181.43 |
| 4.8% | 172.72 |
| 5.4% | 183.69 |
| 6.5% | 110.50 |
|  | $ 679.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Raymond D

Printed: 12/02/08

Case Number:  06 B 01293
Judge:  Squires, John H
Filed:  2/14/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

